IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRIAN DONEGAN, | ) | |
| on behalf of plaintiff and a class, | ) | |
| | ) | |
| Plaintiff, | ) | 10-cv-5953 |
| | ) | |
| vs. | ) | Judge Dow |
| | ) | Magistrate Judge Cole |
| PENN CREDIT CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SETTLEMENT

Plaintiff hereby informs the Court that the parties have reached an individual settlement. Plaintiff requests that all pending deadlines be stricken, and advises the Court that parties plan to execute a settlement agreement and file a stipulation of dismissal within thirty days. The stipulation of dismissal will dismiss plaintiff's individual claims with prejudice and the claims of the putative class without prejudice.

s/Tiffany N. Hardy
Tiffany N. Hardy

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Tiffany N. Hardy
EDELMAN, COMBS, LATTURNER
     & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## **CERTIFICATE OF SERVICE**

      I, Tiffany N. Hardy, hereby certify that on October 6, 2011, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF system and notification of such filing was sent to the following parties:

David M. Schultz
dschultz@hinshawlaw.com

John P. Ryan
jryan@hinshawlaw.com

Nabil G. Foster
nfoster@hinshawlaw.com

James C. Vlahakis
jvlahakis@hinshawlaw.com

                                                                                   s/Tiffany N. Hardy
                                                                                    Tiffany N. Hardy