IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRIAN DONEGAN, | ) | |
| on behalf of plaintiff and a class, | ) | |
| | ) | |
| Plaintiff, | ) | 10-cv-5953 |
| | ) | |
| vs. | ) | Judge Dow |
| | ) | Magistrate Judge Cole |
| PENN CREDIT CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Brian Donegan and Defendant Penn Credit Corporation hereby stipulate to the dismissal of Plaintiff's individual claims against Defendant with prejudice and the claims of the putative class without prejudice, and without costs, with each party to bear its own attorney's fees.

Respectfully submitted,

| **BRIAN DONEGAN** | **PENN CREDIT CORPORATION** |
|---|---|
| By: s/Tiffany N. Hardy | By: s/John P. Ryan |
| Tiffany N. Hardy | John P. Ryan |
| One of his Attorneys | One of Its Attorneys |
| | |
| Daniel A. Edelman | David M. Schultz |
| Cathleen M. Combs | John P. Ryan |
| James O. Latturner | Nabil G. Foster |
| Tiffany N. Hardy | James C. Vlahakis |
| EDELMAN, COMBS, LATTURNER & GOODWIN, LLC | HINSHAW & CULBERTSON, LLP |
| 120 S. LaSalle St., 18th Floor | 222 N. LaSalle, Suite 300 |
| Chicago, IL 60603 | Chicago, Illinois 60601 |
| (312) 739-4200 | (312) 704-3000 |
| FAX: (312) 419-0379 | FAX: (312) 704-3001 |

1

2

**CERTIFICATE OF SERVICE**

      I, Tiffany N. Hardy, hereby certify that on January 20, 2012, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF system and notification of such filing was sent to the following parties:

David M. Schultz
dschultz@hinshawlaw.com

John P. Ryan
jryan@hinshawlaw.com

Nabil G. Foster
nfoster@hinshawlaw.com

James C. Vlahakis
jvlahakis@hinshawlaw.com

                                                                       s/Tiffany N. Hardy
                                                                       Tiffany N. Hardy